AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

| LODGED<br>CLERK, U.S. DISTRICT COURT<br><br>12/18/2020<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___DM___ DEPUTY | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>12/18/20<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___jm___ DEPUTY |
|---|---|

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America

v.

BISMARK RIVERA,

Defendant

Case No. 2:20-mj-06148

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 5, 2020 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Blake MacLearnsberry
Complainant's signature

Blake MacLearnsberry, ATF SA
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: December 18, 2020

*Judge's signature*

City and state: Los Angeles, California

Hon. Maria A. Audero, U.S. Magistrate Judge
Printed name and title

AUSA: Gregg E. Marmaro x213 894-8500

**AFFIDAVIT**

I, Blake MacLearnsberry, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Bismark RIVERA ("RIVERA") for a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm.

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and have been so employed since 2019. Prior to being employed as an ATF SA, I was an accountant for approximately six years, working in both public and corporate accounting.

4. I have been trained in firearms trafficking, narcotics, arson, and explosives at the ATF National Academy and

the Federal Law Enforcement Training Center.  I have graduated from the ATF's Special Agent Basic Training and from the Department of Homeland Security's Criminal Investigator Training Program.  I graduated from Seattle University with a Bachelor of Arts degree, double majoring in Accounting and Marketing.

5. I have specialized training and experience in the investigation of firearms trafficking.  I have participated in many investigations involving the illegal sales, transfer, and possession of firearms.  I have also participated in the interviews of defendants, informants, and witnesses who had personal knowledge of firearms trafficking methods.  Additionally, I have participated in many aspects of firearms and gang investigations, including conducting surveillance and the use of confidential informants and undercover agents to make controlled purchases of narcotics and/or firearms.

### III. **SUMMARY OF PROBABLE CAUSE**

6. On November 5, 2020, Los Angeles Police Department ("LAPD") officers on patrol heard gunfire in the North Hollywood area of Los Angeles.  Less than a minute later, the officers observed RIVERA holding a firearm.

7. When the officers approached RIVERA, he fled to his residence, where the officers encountered him approximately ten minutes thereafter.  Outside of his residence, the officers observed RIVERA holding the firearm.  RIVERA was then arrested without incident.

8. In a Mirandized interview, RIVERA admitted to firing two shots into the ground with the firearm. A subsequent records check revealed that RIVERA is a convicted felon.

### IV. **STATEMENT OF PROBABLE CAUSE**

9. Based on my review of law enforcement reports and the officers' body camera footage, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A. Officers Hear Two Gunshots And Observe Rivera Holding A Firearm**

10. In the early morning hours of November 5, 2020, two LAPD officers heard the sound of gunfire while on patrol in the North Hollywood area of Los Angeles. Within approximately thirty seconds of hearing the gunfire, the officers observed a Hispanic male (later identified as RIVERA) walking northbound with a pistol (later identified as a Smith and Wesson M&P 22 Compact, .22 caliber pistol, bearing serial number HHW6583) in his right hand. After the officers identified themselves as law enforcement, RIVERA fled on foot.

11. Approximately ten minutes later, the officers again encountered RIVERA, this time outside of his residence. The officers observed RIVERA holding the firearm. They ordered RIVERA to drop the pistol, which he did. The officers then arrested RIVERA, took the pistol into custody, and found that the pistol had one round in the chamber, with additional rounds loaded in the magazine.

**B.   In Mirandized Interview, Rivera Admits To Possessing the Firearm**

12.   After his arrest, RIVERA waived his Miranda rights and made the following statements to the officers:

a.   RIVERA stated that the workers at the nearby plant nursery in North Hollywood had had been harassing him, whom he believed belonged to a rival gang and were attempting to get him to "act up," so that they would have a reason to come after him.

b.   That evening, RIVERA believed he heard the rival gang around his house, so he decided to confront them and armed himself with the pistol.

c.   RIVERA went to the nursery to confront the rival gang members but did not find anyone there, so he fired two shots into the ground to send a message to the rival gang that he was "not fucking around."

**C.   Rivera Is A Convicted Felon**

13.   On December 2, 2020, I reviewed criminal history documents for RIVERA and learned that RIVERA has previously been convicted of the following felony crimes punishable by a term of imprisonment exceeding one year:

a.   On or about June 11, 2019, a violation of Carrying a Loaded Firearm in a Public Place or Vehicle, in the Superior Court for the State of California, County of Los Angeles, Case Number GA104540.

**D. Interstate Nexus**

16. On December 2, 2020, I spoke with ATF SA Alex Liwienski, an Interstate Nexus Expert, about the firearm for purpose of determining interstate nexus. SA Liwienski confirmed that the Smith and Wesson M&P 22 Compact, .22 caliber pistol, bearing serial number HHW6583, was manufactured outside of the State of California, indicating that it has traveled in and affected interstate commerce.

**V. CONCLUSION**

14. For the reasons described above, there is probable cause to believe that RIVERA has committed a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __18__ day of __December__, 2020.

_____
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE